UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
12/09/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN RE: SEARCH WARRANT ) CAUSE NO. 4:21-mj-0030-VTW

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by William L. McCoskey, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: _____
William L. McCoskey
Assistant United States Attorney